UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KASLEY ALVELO, *on behalf of herself*; KASELEY ALVELO, *on behalf of all others similarly situated*,

        Plaintiff,

-v.-

BEST BUY STORES, L.P.,

        Defendant.

22 Civ. 7997 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

On November 4, 2022, the Court ordered that this matter be STAYED until such time as a final award is rendered in arbitration or the matter is resolved pre-arbitration. (Dkt. #9). Accordingly, the Court adjourns *sine die* the Initial Pretrial Conference currently scheduled for November 17, 2022, at 12:30 p.m.

SO ORDERED.

Dated: November 9, 2022
       New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge