UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KASLEY ALVELO,

        Plaintiff,

-against-

BEST BUY STORES, L.P.

        Defendant.

Docket No.: 22 CV 7997

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**MEMO ENDORSED**

---

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action, and all causes of action that were or could have been asserted therein, are dismissed *with prejudice*, without costs, disbursements, or attorneys' fees to any party.

Dated: April 28, 2023

| | |
|---|---|
| **LAW OFFICE OF MOHAMMED GANGAT** | **LITTLER MENDELSON, P.C.** |
| By: _/s/ Mohammed Gangat_ | By: _/s/ Daniel Gomez-Sanchez_ |
| Mohammed Gangat | Daniel Gomez-Sanchez |
| 675 Third Avenue, Suite 1810<br>Suite 1810<br>New York, NY 10017<br>(718) 669-0714 | 290 Broadhollow Road<br>Suite 305<br>Melville, New York 11747<br>631-247-4700 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED.

Date: May 30, 2023
      New York, New York

_/s/ Katherine Polk Failla_

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE